# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KRISTINIA BERRY,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. CIV-18-996-D |

## ORDER

Plaintiff Kristina Berry brought this action for judicial review of the Commissioner of Social Security's final decision that she is not "disabled" under the terms of the Social Security Act. *See* 42 U.S.C. §§ 405(g). The matter was referred to United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B), (b)(3), and Fed. R. Civ. P. 72(b). On April 19, 2019, Judge Mitchell issued her Report and Recommendation ("Report") [Doc. No. 20] recommending that the Commissioner's final decision be affirmed.

In her Report and Recommendation, Judge Mitchell advised the parties that any objections were to be filed by May 10, 2019. Judge Mitchell also cautioned the parties that a failure to object would result in waiver of the right to appellate review of factual and legal findings made in the Report. Report at 13. To date, neither party has filed an objection or sought an extension of time to do so. Accordingly, the Report and Recommendation is **ADOPTED** in its entirety as though fully set forth herein. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 22nd day of May 2019.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE